Argued May 7, affirmed May 7, 1973

STATE OF OREGON, *Respondent, v.* STEVEN
DALE OSDEN (No. 72 1981), *Appellant.*

509 P2d 548

*John K. Hoover,* Deputy Public Defender, Salem,
argued the cause for appellant. With him on the brief
was Gary D. Babcock, Public Defender, Salem.

*Thomas H. Denney,* Assistant Attorney General,
Salem, argued the cause for respondent. With him on
the brief were Lee Johnson, Attorney General, and
John W. Osburn, Solicitor General, Salem.

Before Schwab, Chief Judge, and Langtry and
Thornton, Judges.